# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00710-CR

**Gbolahan Dare, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
## NO. 03-112-K368, HONORABLE BURT CARNES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In April 2004, Gbolahan Dare was convicted of indecency with a child by contact and sentenced to four years in prison. At that time, the trial court certified that this is a plea-bargain case and that Dare has no right of appeal. *See* Tex. R. App. P. 25.2(d). On November 6, 2006, the district clerk received a seventeen-page letter from Dare to the district court. Believing that the letter might be construed as a notice of appeal, the clerk filed the letter and forwarded it to this Court. *See* Tex. R. App. P. 25.2(e).

The notice of appeal, if that is what was intended by Dare, was not timely filed. *See* Tex. R. App. P. 26.2. Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981

S.W.2d 208 (Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).  The appeal is dismissed.

_____

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:   December 6, 2006

Do Not Publish